HONORABLE THOMAS S. ZILLY

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE**

LVB-OGDEN MARKETING, CORPORATION,

    Plaintiff,

v.

DAVID S. BINGHAM,

    Defendant,

PARK PLACE MOTORS, LTD.,

    Garnishee.

No. 2:17-mc-00135-TSZ

**NOTICE OF DISMISSAL AND ORDER**

**NOTICE OF DISMISSAL AND ORDER**
No. 2:17-mc-00135-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

1      Plaintiff-Petitioner LVB-Ogden Marketing LLC ("LVB"), by and through its undersigned
2 counsel, hereby submits this notice of dismissal without prejudice of the above-captioned
3 miscellaneous proceeding. A proposed order is being filed herewith. Garnishee is directed by
4 Plaintiff, under the authority of Chapter 6.27 RCW, to fully release the writ of garnishment issued
5 in this cause, and is relieved of its obligation to withhold funds or property of the Defendant
6 pursuant to that writ.

DATED: June 11, 2019

*s/ William R. Squires III*
William R. Squires III, WSBA No. 4976
CORR CRONIN LLP
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Telephone: (206) 625-8600 Fax: (206) 625-0900
E-mail: rsquires@corrcronin.com

*Attorney for Plaintiff*

**NOTICE OF DISMISSAL AND ORDER** – 1
No. 2:17-mc-00135-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600

# ORDER

Pursuant to the Notice of Dismissal filed by Plaintiff-Petitioner LVB-Ogden Marketing Corporation ("LVB"), the above-captioned miscellaneous proceeding is hereby DISMISSED WITHOUT PREJUDICE. All parties shall bear their own costs and attorneys' fees.

**IT IS SO ORDERED.**

Dated this 12th day of June, 2019.

_____
Thomas S. Zilly
United States District Judge

**NOTICE OF DISMISSAL AND ORDER** – 2
No. 2:17-mc-00135-TSZ

**CORR CRONIN LLP**
1001 Fourth Avenue, Suite 3900
Seattle, Washington 98154-1051
Tel (206) 625-8600